494 A.2d 1050

**Warren WEDDINGTON, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

June 24, 1985.

PER CURIAM.

This case to be listed with *Com. v. Aaron White,* No. 765 E.D.1984, and *Com. v. Sheffield,* No. 831 E.D.1984, for argument during October Session, 1985.